IN RE: ADOPTION OF: G.F., a Minor

**1162 MDA 2016**

Superior Court of Pennsylvania.

05/12/2017

21–DP–112–2014 (Cumberland)

Affirmed

**COM.**

v.

**SHULER, L.**

**1457 MDA 2016**

Superior Court of Pennsylvania.

05/12/2017

CP–22–CR–0000323–2003 (Dauphin)

Affirmed

**COM.**

v.

**FELIZ, C.**

**1479 MDA 2016**

Superior Court of Pennsylvania.

05/12/2017

CP–06–CR–0004900–1999, CP–06–CR–0006080–2003 (Berks)

Affirmed

**COM.**

v.

**BECKER, T.**

**1671 MDA 2016**

Superior Court of Pennsylvania.

05/12/2017

CP–36–CR–0002306–2012 (Lancaster)

Affirmed

**COM.**

v.

**SCUTELLA, J.**

**881 WDA 2016**

Superior Court of Pennsylvania.

05/12/2017

CP–25–CR–0000582–2015 (Erie)

Vacated/Remanded